

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00221-CV

---

In the matter of the marriage of Sandrine Kojidie Kom and Jean Paul M. Kom,
Appellants

---

On Appeal from the 383rd District Court
El Paso County, Texas
Trial Court No. 2019DCM7783

---

## MEMORANDUM OPINION

Appellant, Jean Paul Kom, filed a notice of appeal on May 8, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On May 11, 2026, the Clerk of this Court notified Appellant that the fees were due and that this appeal could be dismissed if he failed to pay the filing fees by May 22, 2026. The Clerk further notified Appellant that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Appellant neither paid the filing fees nor otherwise responded to the Clerk's notice.[1]

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

GINA M. PALAFOX, Justice

June 8, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] On May 19, 2026, we issued an order requiring Appellant to file a response addressing and providing a reasonable explanation for his late filed notice of appeal. Appellant adequately responded to our order, and we consider his notice of appeal timely. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); Tex. R. App. P. 26.3.